

# United States District Court
# Northern District of Illinois

**FILED**
JUN 2 4 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Mary Novotny Pena**
    plaintiff

v.

**WALMART Inc.**
    defendant

**Motion for Judgement Decision**

civil action
case: 1:25-cv-04036

## Motion for Judgement Decision:

the Defendant within this legal action was notified on April 11, 2025 and April 29, 2025 that the legal actions against them were being submitted to the United States District Court, Northern District of Illinois.

At this time, I, Ms. Mary Novotny Pena, the Plaintiff am requesting a Judgement Decision from Honorable Judge Andrea Wood, with the Judgement against the Defendant WALMART Inc. being ordered by Judge Wood as a MANDATED payment to Ms. Mary Novotny Pena the amount as requested on the original filing of $7million within 45days,

plus additional damages for the unethical judicial behavior of WALMART Inc. and their representative/s. Within the context of Judicial Rules and Procedures it is a violent violation court procedures to hire or work in conjunction with Defendants of the Plaintiff in other unrelated Lawsuits to 'gang warfare' against the Plaintiff.

Attached is a confidential AFFADAVIT #MJNP: it is stating details of just a few incidences of the Defendant's additional illegal actions towards the Plaintiff; some of the evidence is easily and readily available to access; however, at this time it is "unspeakable" publicly due to the fact that my, Mary Novotny Pena and other, lives could perish permanently with additional unethical and illegal activity from the Defendant.

Enclosed are the documents as follows: Motion for Judgement Decision; AFFADAVIT #MJNP; Letter to the Clerk of Court

---

**Ms. Mary Novotny Pena, pro se**
P.O. Box 85,
Vermilion, OH 44089     U.S.A.
phone: 440.714.4525   or   419.975.0466

# AFFADAVIT #MJNP: Confidential

Submitted with Motion for Judgement Decisions
written on June 12, 2025, by Ms. Mary Novotny Pena

At this time, I am living in somewhat torturous circumstances, and not by my personal choice of lifestyle or other factors. At this time, I have a plethora of major accomplishments and accolades that I have personally accomplished; however, in no manner am I the one receiving the full benefit of the accomplishments that I have achieved; those circumstances do support the accept at the United States Supreme Court level a lawsuit that I submitted concerning Libel.

**Within the past two months additionally, WALMART Inc., still including Walmart and Sam's Club, as the lawsuit was originally filed, didnot even after Notices of Service and other communications cease and desist their illegal business practices;**

**nor, have their illegally acting outside contracted service providers as their representatives been compliant with the MANDATED orders of the State of Ohio Appeal Court Orders (they arenot accepting that they aren't the official expert or official authority at the local, state or federal level;**

**WALMART Inc.: Walmart and Sam's Club management knew that through first-hand knowledge of the Judicial System Judgement Orders as I had stated with them being verified/verifiable.).**

**Again, HOWEVER, Walmart Inc. has allowed them to continue to put my life at High-Risk with them administering illegal drug overdose or administering/s, physical assaults, emotional and verbal assaults (at this time, if I had not begun "unhealthy verbal defense" publicly, I had a higher risk of permanent death with each and every additional illegally administrated violent-assault).**

Excruciatingly painful and suffering examples can be stated with them all being legitimate and accurate; however, truly it has been the illegal Prejudices and illegal Violences being criminally adhered to instead of the legally, nonprejudiced and legitimate actions needed. None of the actions are humane or morally acceptable, either; Religious Laws donot allow attempted-murder, maiming and continuously administering infections (bacterial or fungal or cancerous).

STILL: Those circumstances are continuing my personal and work: deficits.

Due to the SEVERETY OF THE ASSAULTS, attached is a signature page with a Notary whom is capable of verifying my identity.

AFFADAVIT #MJNP: Confidential
Submitted with Motion for Judgement Decisions: written on June 12, 2025, by Ms. Mary Novotny Pena

Civil Action case: 1:25-cv-04036

Page 1 of 2

# AFFADAVIT #MJNP: Confidential

Submitted with Motion for Judgement Decisions
written on June 12, 2025, by Ms. Mary Novotny Pena

## Signature Page

*Mary N Pena* 6-12-2025

Ms. Mary Novotny Pena, pro se

Full Name: Mary Jacqueline Novotny Pena

Contact Information:
Ms. Mary Novotny Pena
P. O. Box 85
Vermilion, OH 44089
phone 440.714.4525 and 419.975.0466

*No Notary Available at Vermilion Public Library Today — per staff*

AFFADAVIT #MJNP: Confidential
Submitted with Motion for Judgement Decisions: written on June 12, 2025, by Ms. Mary Novotny Pena
Civil Action case: 1-25-cv-04036
Page 2 of 2








**PRESS FIRMLY TO SEAL**

7022 2410 0001 6417 4027

**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL**®

Retail

U.S. POSTAGE PAID
PM
VERMILION, OH 44089
JUN 12, 2025

60604

$17.57

RDC 03

S2324N504464-37

RECEIVED
JUN 24 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Electronic Return Reciept

**FROM:**

Mary Novotny Pena
P.O. Box 85
Vermilion, OH 44089

**TO:**

U.S. District Court, Northern Illinois District
Clerk of Court Thomas Bruton
and Honorable Judge Andrea Wood

219 S. Dearborn St.
Chicago, IL 60604
U.S.A.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



Phone # 312-434-5670 Clerk's Office

